nenbaum. F. Bien, for appellant. H. A. Friedman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 125 App. Div. 770, 110 N. Y. Supp. 108.

---

BECKER, Appellant, v. BURKE et al., Respondents. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Hans Becker against Luke A. Burke and others. I. N. Miller, for appellant. W. F. Kimber, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

BERGEN, Respondent, v. SEGER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Joseph L. Bergen against George N. Seger and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

BERGER, Respondent, v. RUSSELL, Appellant. (Supreme Court, Appellate Division, First Department, April 8, 1909.) Action by Benjamin Berger against Henry Russell. C. H. Stoddard, for appellant. M. S. Hyman, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

---

BERLIN CONST. CO., Appellant, v. WATERVLIET FOUNDRY & MACH. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by the Berlin Construction Company against the Watervliet Foundry & Machine Company.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG, J., dissents.

---

In re BEVERLY ROAD IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) In the matter of the application of the city of New York relative to acquiring title for the purpose of opening Beverly Road from Bedford avenue to East Thirty-First street, in the Twenty-Ninth ward, Brooklyn.

PER CURIAM. The moving party not thinking the motion of sufficient importance to submit a brief or a memorandum of authorities, and it not appearing on what sections of the charter or decisions he relies, the motion is denied. See, also, 115 N. Y. Supp. 208.

---

In re BISHOP. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) In the matter of the application of L. W. Bishop to lay out a highway in the town of Hempstead, Nassau county, N. Y., and the assessment of damages therefor. No opinion. Order of the County Court of Nassau county confirmed, and order settled.

---

BLISS, Appellant, v. PRELL, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Fannie M. Bliss against Emil Prell. No opinion. Order unanimously affirmed, with costs.

---

BOOKBINDER, Respondent, v. NEW YORK MILLINERY & SUPPLY CO., Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Louis Bookbinder against the New York Millinery & Supply Company. W. D. Sporborg, for appellant. C. C. Peters, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re BORLAND. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) In the matter of the application of Charles Borland for admission to the bar. No opinion. Application granted.

---

BORST, Respondent, v. LYON, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Frank Borst against James B. Lyon. No opinion. Judgment and order unanimously affirmed, with costs.

---

BRANT, Appellant, v. SIEGER, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Henry L. Brant against Philip C. Sieger.

PER CURIAM. Motion granted, without costs, so as to amend the second notice of appeal by striking out as surplusage that part which appeals from the judgment, and by striking out the words thereof, "denying plaintiff's motion to vacate said judgment and for a new trial in this action," and inserting instead thereof, "denying the plaintiff's motion to vacate said judgment upon the exceptions taken on the trial, as contrary to the evidence or contrary to the law, or, in the alternative, modifying said judgment."

---

BRENNAN, Respondent, v. KENNEDY, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Terence Brennan against Mary Kennedy. No opinion. Appeal dismissed by default, with costs.

---

BRENNEN v. FRANCISCO et al. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Margaret Brennen against Frederick Francisco and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

BRESLIN, Respondent, v. BORDEN'S CONDENSED MILK CO., Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Catherine Breslin, as administratrix, against the Borden's Condensed